1

2

3

4

5

6

7

8

9

10

> FILED
> CLERK, U.S. DISTRICT COURT
>
> JUN 2 0 2008
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO RODRIGUEZ CASTANEDA, | ) | Case No. EDCV 08-591-ABC(CT) |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE RE |
| | ) | DISMISSAL FOR FAILURE |
| v. | ) | TO PROSECUTE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

By order filed May 6, 2008, plaintiff was ordered to promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. §423.1. Plaintiff was to electronically file a proof of service showing compliance with the order within twenty-eight (28) days after the filing of the complaint.  Plaintiff was further advised that failure to comply with this order may result in dismissal of this case for failure to prosecute.

No proof of service has been filed by plaintiff.  Plaintiff shall show cause why this action should not be dismissed for violation of the court's previous order, and/or plaintiff's failure to diligently

1  prosecute.   See Rule 41(b), Fed.R.Civ.P. and <u>Link v. Wabash Railroad</u>

2  <u>Co.</u>, 370 U.S. 626, 629-30 (1962), <u>reh'g denied</u>, 371 U.S. 873 (1962).

3      If plaintiff objects to such dismissal, plaintiff shall file a

4  written objection to the dismissal with points and authorities not later

5  than June 27, 2008.   Failure to file this objection within the time

6  specified will be deemed consent to the dismissal of this action as

7  proposed.

8      If the required proofs of service are filed not later than June 27,

9  2008, the Order to Show Cause re Dismissal will be withdrawn.

10      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy

11  of this Order for all parties appearing in this action or on a party if

12  that party is not represented by counsel.

13      DATED: June 20, 2008

14

15

16      CAROLYN TURCHIN
        UNITED STATES MAGISTRATE JUDGE

17  cc:  James F. Lefebvre, Esq.
         25612 Barton Road

18       PMB 360
         Loma Linda, CA 92354

19

20

21

22

23

24

25

26

27

28