UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO R. CASTANEDA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | Case No. EDCV 08-0591-CT<br><br>ORDER TO SHOW CAUSE RE<br>DISMISSAL FOR FAILURE<br>TO PROSECUTE |

By order filed May 6, 2008, plaintiff was ordered to file his brief in support of complaint within 30 days after the answer is filed. Plaintiff was advised that failure to comply with that order may result in dismissal of this case. The answer was filed on August 19, 2008. Plaintiff has not filed his brief.  Plaintiff shall show cause why this action should not be dismissed for violation of the court's previous order, and/or plaintiff's failure to diligently prosecute.  See Rule 41(b), Fed.R.Civ.P. and <u>Link v. Wabash Railroad Co.</u>, 370 U.S. 626, 629-30 (1962), <u>reh'g</u> <u>denied</u>, 371 U.S. 873 (1962).

If plaintiff objects to such dismissal, plaintiff shall file a written objection to the dismissal with points and authorities not later than October 2, 2008.  Failure to file this objection within the time

specified will be deemed consent to the dismissal of this action as proposed.

If the required brief is filed not later than October 2, 2008, the Order to Show Cause re Dismissal will be withdrawn.

All parties shall keep the court and opposing counsel apprised of such party's current address and telephone number, if any. Failure to do so, will also be deemed consent to the dismissal of this action for want of prosecution.

DATED: September 25, 2008

*CAROLYN TURCHIN*
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

cc: James F. Lefebvre, Esq.
25612 Barton Road
PMR 360
Loma Linda, CA 92354

Nancy M. Lisewki
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105