UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO R. CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | NO. EDCV 08-591-ABC(CT)<br><br>JUDGMENT |

　　　Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

　　　IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security.

DATED: 11/25/08

　　　　　　　　　　　　　　　　/s/ Audrey B. Collins
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE